UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAMAN TIRATH SINGH,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No. C26-4001-MLP

ORDER

On October 19, 2026, Petitioner Raman Tirath Singh, through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his redetention by Immigration and Customs Enforcement as violating his due process rights and seeking immediate release. (Dkt. # 1.) On November 2, 2026, Respondents filed a return in which they contend Petitioner's petition is moot because he was released on his own recognizance on October 28, 2026. (Dkt. # 5; *see* dkt. # 6-1.) Petitioner did not file a reply.

Under Article III of the U.S. Constitution, federal courts may adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). Petitioner's

habeas petition has been rendered moot because he has been afforded the relief sought, namely release.[1] Accordingly, the Court DISMISSES the petition (dkt. # 1) as moot.[2]

Dated this 17th day of November, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

[1] While the petition also requested an injunction limiting future redetention, it provided no argument in support and did not develop a factual record to support finding Petitioner faced a risk of future redetention. (*See* dkt. # 1 at 17-18.)

[2] The parties consented to proceed before the undersigned Magistrate Judge. (Dkt. # 3.)